Ronald Rollings 48001086
Name and Prisoner/Booking Number

F.C.I. Terminal Island
Place of Confinement

PO BOX 3007
Mailing Address

San Pedro CA 90733
City, State, Zip Code

**FILED**

JAN 18 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Ronald Rollings 48001086
(Full Name of Plaintiff)
            Plaintiff,

v.

(1) ex President Donald J. Trump
(Full Name of Defendant)

(2) CDC Officer

(3) F.C.I. Terminal Island
    Washington State
(4) Wester district court
            Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.
See other pages
5. F.B.I. C.I.A
6. Freedom of Information Act.  7. President Joe Biden;

CASE NO. 2:22 - CV - 096 - ____ CKD PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: Freedom of Information Act

2. Institution/city where violation occurred: F.C.I Terminal Island & SeaTack.
This makes Number 2 for the Gards and or the staff got sick and made inmates got sick or loss their prison job.

## B. DEFENDANTS

1. Name of first Defendant: **Donald J. Trump**. The first Defendant was employed as: **President of the USA** at **White House**
   (Position and Title) (Institution)

2. Name of second Defendant: **CDC Dr.** The second Defendant is employed as: **at the head of CDC** at **Don't know how to spell**
   (Position and Title) (Institution)

3. Name of third Defendant: **Warden at B.O.P.S.** The third Defendant is employed as:
   **X** at
   (Position and Title) (Institution)

4. Name of fourth Defendant: **Wester DCC**. The fourth Defendant is employed as:
   at
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **2**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Ronald Bolling** v. **Warden**
      2. Court and case number: **Don't know**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Dismiss say I was lieing**

   b. Second prior lawsuit:
      1. Parties: **Same thing** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: right to exercise, right to watch T.V. rights to mail right to access to courts.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Donald J Trump = Shutdown the goverment, the he shoutdown the whole county Due to covered-19. in the results lost of mail & Access to the courts Basic Necessities, And the lost of my Appeal!

   2. CDC Office of DR
   : Same thing and same reason!

   3. Federal BOP = Kept me lock downe for over 90 Days for no reason in the IMV.
   Also keept my legal mail from me and sending legal mail through regualr Unit mail

   4. Freedom of Infomation Act See other pagies-

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   lost of mail and Access to the Courts and lost of my appeal due to the Shutdown and covid-19 c

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Every one saying I am liting and have no legal rights at all

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>Same as others</u>

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [x] Mail
   - [x] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [~~officer~~]
   - [ ] Threat to safety
   - [ ] Other: <u>Same as other</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Same Facts on other page.

   I am also looking for an case called Journal male vs. Washington or not Ohio State and they wont let me have it.

   Bounds vs. U.S for the mail

   Access to the court, Basic necessities. No Law Libr

   No Exercise, No Legal mail.

   Prison is on 24hr lockdown and only giving us inmates 3 Lunchmeat a day.

   No TV No MP3 Player No radio

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Theres only Inmates request forms. I am not alow to have PB 9-10 & 11. I asked and they say No.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 1st 6th 8th Amendment See other page.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The prison at the Federal Correction Institution at Terminal Island just shutdown due to the staf and the Guards coming with covider-19 and giveing to us inmate in the resvits of lossing my Job in the Prison Kitchen from 1997-2006 and 2017- Date that's over 17 Years working in the Kitchen now I have no money at all comming into the Prison

   I just lost my Job for $18.00 monthly
   1. No work  2. No Law Lib.  3. No indoor outdoor rec.
   4. only lunch meat sandwhich with nothing to drink No.
   5. No mp3 Player No Batter recharger in Unit. 6 No T.V.
   Because it's only for Blacks Islanders & mexicans only
   No Radoe. 5. The Prison refew to Aloddd me to have No
   legal book I order call every day court forms for
   every day people it has every court forms and motions
   to use.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   lost of Job and Appeal and mail & Access to the court

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Don't have any thing but an request form.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Right to have my appeal. 2. The right to have Typewrighter and TV in my cell 3. Right to have all my legal paper work from Washington courts all of them. 4. Right to have my paperwork from the P.O. of Washington 5. Right to have my school records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _Ronald Rollins_____
              DATE                                SIGNATURE OF PLAINTIFF

(Name and title of ~~paralegal, legal assistant~~, or  none
other person who helped prepare this complaint)

_____none_____
(~~Signature of attorney, if any~~)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

I can show your Attorney where it say I should be released right now.

JUDGE 2

```
TRMBZ  540*23  *          SENTENCE MONITORING         *   08-06-2020
PAGE 001       *          COMPUTATION DATA            *   07:21:48
                          AS OF 08-06-2020

          REGNO..: 48001-086  NAME: ROLLINGS, RONALD

          ████████████████████         DATE OF BIRTH: 04-26-1962  AGE: 58
          ARS1............: TRM/A-DES
          UNIT............: G            QUARTERS.....: C04-024L
          DETAINERS.......: NO           NOTIFICATIONS: NO

          HOME DETENTION ELIGIBILITY DATE: 12-25-2028

          THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
          THE INMATE IS PROJECTED FOR RELEASE: 06-25-2029 VIA GCT REL


          -----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------

          COURT OF JURISDICTION...........: WASHINGTON, WESTERN DISTRICT
          JUDGE...........................: LEIGHTON
          DATE SENTENCED/PROBATION IMPOSED: 05-12-2017
          DATE COMMITTED..................: 06-20-2017
          HOW COMMITTED...................: US DISTRICT COURT COMMITMENT

                       FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
          NON-COMMITTED.: $200.00      $00.00           $00.00       $00.00

          RESTITUTION...: PROPERTY: NO  SERVICES: NO    AMOUNT: $00.00

          -----------------------CURRENT OBLIGATION NO: 010 -----------------------
          OFFENSE CODE....: ████████████
          OFF/CHG: ████████████████████████████████████████

          SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
          SENTENCE IMPOSED/TIME TO SERVE..: 15 YEARS
          DATE OF OFFENSE.................: 08-31-2016


          G0002   •   MORE PAGES TO FOLLOW . . .
```

This is what you call the Rule of Law.

Attorney question — What the Hell is this supervison.

How can I appeal this if I don't know what it is.

This page say I should be release at once.

Lovin' music goes around
Solitude
rhythms save the world

Office of the
Attorney General
Chief of Staff
Suite 1160
1425 New York Ave N.W.
Wash, DC 20530

---

Attorney Advisor
International
Suite 6002
600 E Street NW
Washington DC 20579

This is where the violation took place.
And every one of these say I am not aloud to have my own paper work.

*Ronald Collings*

Violation of my First Amendment Rights of the U.S.A. Constitution Laws. each one for my own paper work.

| | |
|---|---|
| Interpol United States National Central Bureau Specialist U.S. NCB, DOJ Washington DC Phone 202-353-0803 | Chief of Staff of OPP DOJ Suite 11050 1425 New York Ave NW Wash. DC 20530 |
| Office of IG Paralegal Room 4726 950 Pennsylvania Ave NW Washington DC 20530 | E.O.U.S.A. Assistant Director FOI Room 7300 600 E Street NW Wash. DC 20530 |
| O.C.O.P.S. Legal Division Two Constitution Square 145 N Street NE #11 E 1405 Washington DC 20530 | Civil Division FOI Privacy Act Office Room 8020 100 L Street NW Washington DC 20035 |
| Office of Legal Counsel Supervision Paralegal Office of Justice Room 5515 950 Penn Ave Wash. DC 20530 | Antitrust Division Chief FOIA Liberty Square Building Suite 1000 450 5th Street Wash. DC |
| | Criminal Division Acting Chief FOI 112 Suite Iceeng Building 950 Pennsylvania Ave NW Wash. DC 2053 |
| C.I.P. Suite 11050 1425 New York Ave NW Washington DC 20530 | Community Relation Service Suite 200 600 E Street NW Wash. DC 20530 |
| TOOSLI FOIA Coordinat 950 Pensylvania Ave NW Wash. DC 20530 | Civil Rights Division Chief FOIA 950 Penn. Ave NW Wash. DC 20030 |
| O.P.A Chief Staff OFP DOJ Suite 11050 1425 New York Ave NW Wash DC 20530 | US Marshals Service Office 2604 Jefferson Davis Hig Alexandria VA 22031 |
| OPR Assistant Counsel DOJ 950 Pennsylvania Ave NW Suite 3524 Wash. DC 20530 | OPA Chief Staff 425 New York Ave NW Wash. DC 20530 |

**United States District Court**
**WESTERN DISTRICT OF WASHINGTON**
Office of the Clerk



RAVI SUBMARANIAN　　　　　　　　　　　　　　　　　1717 PACIFIC AVE
CLERK　　　　　　　　　　　　　　　　　　　TACOMA, WASHINGTON 98402

December 22, 2021

Dear Mr. Rollings:

The Court is in receipt of your request/letter re the Federal Freedom of Information Act. The Court at this time is unsure of what you are actually requesting from the court, and in this instance will be returning this letter/request to you. Although the Federal Freedom of Information Act applies to certain federal agencies, the federal court system is not one of them. The FOIA does not create a right of access to records held by Congress, the courts, or by state or local government.

Sincerely,
The Clerk's Office of the United States Distirct Court of Western Washington



**DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

*No such person's*

November 24, 2021

Ronald Rollings
#48001086
FCI – Terminal Island
P.O. Box 3007
San Pedro, CA 90733

Subject:     Freedom of Information/Privacy Act Request [21-OIG-324]

Dear Mr. Rollings:

This is in response to your Freedom of Information Act request to the Office of the Inspector General (OIG). Specifically, you are seeking records pertaining to yourself. After a thorough search, please be advised that no responsive documents were located in the OIG. We consider this as closing your response with the OIG.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552 (2012 & Supp. V 2017). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Deborah Waller, at (202) 616-0646 for any further assistance with your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448.

If you are not satisfied with OIG's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*Kim Kochurka*

Kim Kochurka
Government Information Specialist
Office of General Counsel

10 copies



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, CA 95219*

November 18, 2021

Ronald Rollings
48001-086
FCI Terminal Island
P.O. Box 3007
San Pedro, CA 90733

Request Number: 2022-00925

Dear Requester:

This is in response to your request for information under provisions of the Freedom of Information/Privacy Acts. We determined your request cannot be processed for the reason(s) identified below. Only marked paragraphs are relevant to your request.

__X__ The records you seek are not Federal Bureau of Prisons (BOP) records or your request does not indicate you are seeking records maintained by BOP. If you believe BOP maintains these records, please resubmit your request with any details you have that will enable us to locate these records. Otherwise, you should contact the entity that created the records.

_____ A proper Freedom of Information Act (FOIA) request for records must reasonably describe the records sought. *See* 5 U.S.C. § 552(a)(3)(A). Your request does not adequately describe a BOP record with enough details to allow us to conduct a search. Please resubmit with more details.

_____ Your request does not adequately describe the document requested. There is no Program Statement specifically covering the area of your request. While this issue may be discussed in an existing Program Statement, the FOIA does not require federal agencies to do the legal research necessary to locate the Program Statement that covers the area of your concern. Once you have determined the specific Program Statement you need, you may submit another request.

_____ The FOIA allows you to request any records not already required to be made available to the public pursuant to 5 U.S.C. § 552(a)(1) or (a)(2). The records you request are already available to the public pursuant to the statute. BOP is not required to release the type of record you seek. *See* 5 U.S.C. § 552(a)(3). If you would like to make a request for any records that are not already available, you may submit a new request describing the agency records you seek.